UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------
Elsayed Elhanafi,
                              Plaintiff,

    -against-

                                      **ORDER**

COMMISSIONER OF SOCIAL        CV-06-411(FB)
SECURITY,
                              Defendant.
--------------------------------------------------

        Plaintiff filed a complaint on 1/31/06, and the administrative record having been filed on 5/23/06.

        Plaintiff and defendant shall file their fully briefed motions no later than 9/8/06.

        **Counsel are to follow Judge Block's motion practice when filing their motions for judgment on the pleadings. Counsel shall notify the Court by letter as to their agreed upon briefing schedule. Any extensions do not need Court approval, however the Court should be notified by letter. The Court shall decide the motion on submission unless notified otherwise.**

SO ORDERED

_____
UNITED STATES DISTRICT COURT

DATED: Brooklyn, N.Y.
           May 24, 2006

cc:  Pamela Thomas, Esq.
      AUSA Steven Warshawsky